# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETRAMALA,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVER OAKS APARTMENTS LLC, et. al,<br><br>        Defendants. | Case No. 8:25-cv-00577-SVW-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    **IT IS ORDERED that Plaintiff's First Amended Complaint is dismissed with leave to amend.**

1 | This matter is referred back to the magistrate judge for further
2 | proceedings on Plaintiff's remaining claims.

DATE: November 19, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE