UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-00577-SVW-MBK | | Date | January 28, 2026 |
|---|---|---|---|---|
| Title | *Michael Petramala v. River Oaks Apartments LLC et al* | | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**        ORDER CLOSING THE CASE

On December 8, 2025, the Court issued an order dismissing Plaintiff's Second Amended Complaint ("SAC"). ECF No. 39. Of the five claims in the SAC, only one was dismissed without prejudice. Id. at 5. Moreover, due to Plaintiff's prior disregard of Court guidance evident in the improper amendment of the previous complaint, the Court required that Plaintiff request leave to amend, if Plaintiff intended to correct the specific deficiencies identified by the Court in that order. Id. The deadline for Plaintiff to file such a request for leave to amend was set by the Court to be December 29, 2025. Id.

Approximately one month has passed since the deadline set by the Court in its prior order, without response from Plaintiff. Accordingly, the Court ORDERS that the case be closed.

**IT IS SO ORDERED.**

:

| | | |
|---|---|---|
| | Initials of Preparer | DTA |